UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GUY,<br><br>              Plaintiff,<br><br>       v.<br><br>AMERICAN FEDERATION OF<br>GOVERNMENT EMPLOYEES, AFL-CIO,<br><br>              Defendant. | Case No.  26-mc-80146-SK<br><br>***SUA SPONTE* JUDICIAL REFERRAL<br>FOR PURPOSE OF DETERMINING<br>RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Susan Illston to consider whether G*uy v. American Federation of Government Employees, AFL-CIO*, No. 26-mc-80146-SK is related *American Federation Of Government Employees, AFL-CIO et al v. Trump et al.*, No. 25-cv-03698-SI.

**IT IS SO ORDERED**.

Dated: May 12, 2026

SALLIE KIM
United States Magistrate Judge