United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GUY,

Plaintiff,

v.

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO,

Defendant.

Case No. 26-mc-80146-SI

**ORDER ADMINISTRATIVELY CLOSING CASE**

This dispute arises out of a deposition subpoena to Joseph Guy relevant to the related case *American Federation of Government Employees, AFL-CIO v. Trump*, No. 25-cv-3698-SI. On May 7, 2026, Guy's emergency motion to quash the subpoena and for a protective order was transferred from the Eastern District of Virginia, where Guy filed his motion, to this district. Dkt. Nos. 5, 6. On May 13, 2026, this Court denied Guy's motion and ordered Guy to appear for the continuation of his deposition on May 15. Dkt. No. 15. Guy appeared for his continued deposition on May 15, 2026. No further substantive filings have occurred on the docket in this case since May 13, 2026.

Accordingly, because the motion at dispute in this case has been adjudicated and no further filings on the docket are anticipated, the Court hereby ORDERS this case be administratively closed.

**IT IS SO ORDERED**.

Dated: October 20, 2026

Susan Illston

SUSAN ILLSTON
United States District Judge